UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID A. CARVER, JR., | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:12-CV-10-DBH |
| | ) | |
| CITY OF ROCKLAND, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On March 8, 2012, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, her Recommended Decision. The time within which to file objections expired on March 26, 2012, and no objection has been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's complaint is **DISMISSED** for failure to prosecute this action.

**SO ORDERED.**

**DATED THIS 6TH DAY OF APRIL, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**